UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By: Jeanie D. Wiesner, Esq.  JW3209
jwiesner@subranni.com

In Re:
Jason B. Clarke
Corrinna F. Clarke
Debtor

Case No.: __16-33938-JNP__

Chapter: __13__

Judge: __Poslusny, Jr.__

# CERTIFICATION OF DEBTOR'S COUNSEL
## SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE

**THIS FORM MAY NOT BE USED TO REQUEST APPROVAL OF FEES IN CASES FILED UNDER, OR CONVERTED TO, CHAPTER 13 ON OR AFTER AUGUST 1, 2018.**

_____Jeanie D. Wiesner, Esq._____, Esquire, certifies as follows:

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

| | |
|---|---|
| ☐ Prosecution of motion on behalf of debtor. | $500.00 |

    Nature of motion: _____

                                   _____

    Hearing date(s): _____

                                     _____

☒ Defense of motion on behalf of debtor (Including filing          $400.00

    Objection to Creditor's or Trustee's Certification of Default).

    Nature of motion:    Motion for Relief - Carrington

                                    _____

    Hearing date(s):    October 22, 2019

                                    _____

☐ Additional court appearance(s). (Not to exceed three).                    $100.00

    Purpose: _____

                              _____

    Hearing date(s): _____

                                    _____

☐ Filing and appearance on a modified Chapter 13 Plan.                 $300.00

☐ Preparation of Wage Order                                                  $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H      $100.00
    or List of Creditors

☐ Preparation and filing of other amended schedules                      $100.00

☐ Preparation and filing of Application for Retention of Professional     $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy    $100.00

**NON-STANDARD FEES**

> **Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____

_____

_____

_____

Describe non-standard expenses in detail:

_____

_____

_____

_____

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:   $5,025.00

   To date, I have received:   $5,025.00

3. I seek compensation for services rendered in the amount of $ _____400.00_____ payable:

   ☒ through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☐ This allowance will not impact on plan payments.

   ☒ This allowance will impact on plan payments.

   Present plan:   $ 110.00   per month for   21   months.

   Proposed Plan:   $ 133.00   per month for   20   months.

3

5.	I have not filed a supplemental fee application within the preceding 120 days.


I certify under penalty of perjury that the above is true.


Date: March 16, 2020                         /s/ Jeanie D. Wiesner, Esq.
                                              Signature

*rev. 8/1/18*