UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By:  Jeanie D. Wiesner, Esq.  JW3209
jwiesner@subranni.com

In Re:

Jason B. Clarke
Corrinna F. Clarke
Debtor

Case No.: _____16-33938-JNP_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____

Judge: _____Poslusny, Jr._____

## CERTIFICATION OF SERVICE

1.  I, _____David Hoff_____ :

   ☐  represent _____ in this matter.

   ☒  am the secretary/paralegal for _____Jeanie D. Wiesner, Esq._____, who represents
   _____Jason & Corrinna Clarke_____ in this matter.

   ☐  am the _____ in this case and am representing myself.

2.     On _____March 16, 2020_____, I sent a copy of the following pleadings and/or documents
       to the parties listed in the chart below.
       Fee Application Cover Sheet; Certification in Support of Fee Application; Proposed Form of Order; Certification of
       Service

3.     I certify under penalty of perjury that the above documents were sent using the mode of service
       indicated.

Date: ____March 16, 2020____          /s/ David Hoff_____
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>585 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jason B. Clarke<br>Corrinna F. Clarke<br>223 Arbutus Avenue<br>Galloway, NJ 08205 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |